1  TIMOTHY P. JOHNSON (BAR NO. 66333)
2  LAW OFFICES OF TIMOTHY P. JOHNSON
   1970 OLD TUSTIN AVENUE, SECOND FLOOR
3  SANTA ANA, CALIFORNIA 92705
4  TELEPHONE: (714) 832-1170
   FACSIMILE: (714) 832-1179
5  E-MAIL: tjohnson@johnson-chambers.com
6
   Attorneys for Defendant CACH, LLC
7

FILED

2013 MAR 21  PH 3: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

8
9              UNITED STATES DISTRICT COURT
10         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11                                    '13 CV 0670 L  WVG
12
13  ANDY HUYNH, an individual       Case No.
14          Plaintiff,
15  v.                               **NOTICE OF REMOVAL**
16
17  NEUHEISEL LAW FIRM, P.C., a
    Professional Corporation; CACH, LLC,
18  a limited liability company; and DOES
    1 through 10 inclusive,
19
20          Defendants.
21
22
23       TO THE CLERK OF THE ABOVE-ENTITLED COURT:
24
25       PLEASE TAKE NOTICE that Defendant CACH, LLC hereby removes
26  to this Court the state court action described below:
27       1.   On February 1, 2013, a complaint was filed against Defendant
28  CACH, LLC by Plaintiff Andy Huynh in an action pending in the Superior Court of

-1-

NOTICE OF REMOVAL

LAW OFFICES OF TIMOTHY P. JOHNSON

the State of California in and for the County of San Diego, entitled, *Huynh v. Neuheisel Law Firm, P.C. et al.*, Case No. 37-2013-00033152-CU-NP-CTL. A copy of the state court complaint ("complaint") and other papers served on removing Defendant CACH, LLC in the state court action are attached hereto as Exhibit 1.

2. This removal petition is timely under 28 U.S.C. §1446(b) because removing Defendant was served with the summons and complaint on or about February 21, 2013.

3. Defendant Neuheisel Law Firm, P.C. has not been joined with this Notice of Removal since Defendant Neuheisel Law Firm, P.C.has not appeared in the state court action nor has Plaintiff Andy Huynh filed any papers in the state court action evidencing that Defendant Neuheisel Law Firm, P.C.has been served with the Summons and Complaint in the state court action.

## JURISDICTION

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and that may be removed to this Court by removing Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the complaint seeks damages based upon violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq.

## VENUE

5. The complaint was filed in the Superior Court of the State of California, County of San Diego. Therefore, venue in the Southern District is proper. 28 U.S.C. §1441 (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending).

Dated: March 20, 2013                    **LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____
TIMOTHY P. JOHNSON
Attorneys for Defendant CACH, LLC

-2-

NOTICE OF REMOVAL